UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN INC., et al.,<br><br>Defendants. | Case No.  18-cv-03018-JCS<br><br>**ORDER GRANTING ALLERGAN DEFENDANTS' MOTION TO CONTINUE MOTION TO DISMISS HEARING AND CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 104 |

The Court GRANTS the Motion to Continue Motion to Dismiss Hearing and Case Management Conference.  The motion hearing on the pending motions to dismiss (Docket Nos. 63 and 68) that is currently set for October 25, 2019 at 9:30 a.m., as well as the Case Management Conference that is set for the same date, will be moved to a special setting on December 19, 2019 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: October 11, 2019

_____
JOSEPH C. SPERO
Chief Magistrate Judge