| | |
|---|---|
| Nicomedes Sy Herrera (SBN 275332)<br>Laura E. Seidl (SBN 269891)<br>**HERRERA KENNEDY LLP**<br>1300 Clay Street, Suite 600<br>Oakland, California 94612<br>Telephone: (510) 422-4700<br>Facsimile:  (855) 969-2050<br>Email:  NHerrera@HerreraKennedy.com<br>          LSeidl@HerreraKennedy.com<br><br>Shawn Kennedy (SBN 218472)<br>Bret D. Hembd (SBN 272826)<br>**HERRERA KENNEDY LLP**<br>4590 MacArthur Boulevard, Suite 500<br>Newport Beach, California 92660<br>Telephone: (949) 791-9700<br>Email:  SKennedy@HerreraKennedy.com<br>          BHembd@HerreraKennedy.com | Tejinder Singh (*Pro Hac Vice*)<br>**GOLDSTEIN & RUSSELL, P.C.**<br>7475 Wisconsin Avenue, Suite 850<br>Bethesda, Maryland 20814<br>Telephone: (202) 362-0636<br>Email:   TSingh@GoldsteinRussell.com<br><br>Warren T. Burns (*Pro Hac Vice*)<br>Christopher J. Cormier (*Pro Hac Vice*)<br>Russell Herman (*Pro Hac Vice*)<br>Mallory Biblo (*Pro Hac Vice*)<br>**BURNS CHAREST LLP**<br>900 Jackson Street, Suite 500<br>Dallas, Texas 75202<br>Telephone: (469) 904-4550<br>Email: WBurns@BurnsCharest.com<br>          CCormier@BurnsCharest.com<br>          RHerman@BurnsCharest.com<br>          MBiblo@BurnsCharest.com |

*Attorneys for Plaintiff-Relator Zachary Silbersher*

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>　　　　　Defendants. | Case No.: 3:18-cv-03018-JCS<br><br>**NOTICE OF CHANGE OF LAW FIRM NAME**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Action filed: April 25, 2018 |

**TO THE COURT AND ALL COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that Herrera Purdy LLP has changed its name to Herrera Kennedy LLP. The office address, telephone number, and facsimile number remain the same. However, all e-mail addresses have changed to reflect the HerreraKennedy.com domain name.

Dated: January 6, 2021

Respectfully submitted,

**HERRERA PURDY LLP**

By: */s/ Nicomedes Sy Herrera*
       Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
          LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
          BHembd@HerreraKennedy.com

*Attorneys for Plaintiff-Relator*