Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050
Email: NHerrera@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (949) 791-9700
Email: SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email:   TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
Russell Herman (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       CCormier@BurnsCharest.com
       RHerman@BurnsCharest.com
       MBiblo@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, *ex rel.* ZACHARY SILBERSHER, <br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 3:18-cv-03018-JCS <br><br> **NOTICE OF WITHDRAWAL OF ANDREW PURDY AS COUNSEL OF RECORD** <br><br> Chief Magistrate Judge Joseph C. Spero <br><br> Action Filed: April 25, 2018 |

**TO: THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD**

PLEASE TAKE NOTICE that Andrew M. Purdy is no longer an attorney at Herrera Kennedy LLP and is withdrawn as counsel of record for plaintiff-relator. Herrera Kennedy LLP continues to represent plaintiff-relator. All future papers should continue to be directed to the undersigned counsel.

Dated: January 6, 2021

Respectfully submitted,

**HERRERA KENNEDY LLP**

By: /s/ Nicomedes Sy Herrera
    Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Russell Herman (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       RHerman@BurnsCharest.com
       MBiblo@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator*

NOTICE OF WITHDRAWAL OF COUNSEL                      CASE NO. 3:18-CV-03018-JCS