UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

MAR 9 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| ZACHARY SILBERSHER, Relator; et al., | No. 21-80005 |
| Plaintiffs-Respondents, | D.C. No. 3:18-cv-03018-JCS<br>Northern District of California,<br>San Francisco |
| v. | |
| ALLERGAN, INC.; et al., | ORDER |
| Defendants-Petitioners. | |

Before: M. SMITH and BUMATAY, Circuit Judges.

The petition for permission to appeal pursuant to 28 U.S.C. § 1292(b) is granted. Within 14 days after the date of this order, petitioners shall perfect the appeal in accordance with Federal Rule of Appellate Procedure 5(d).

AT/MOATT