| | |
|---|---|
| Nicomedes Sy Herrera (SBN 275332) <br> Laura E. Seidl (SBN 269891) <br> **HERRERA KENNEDY LLP** <br> 1300 Clay Street, Suite 600 <br> Oakland, California 94612 <br> Telephone: (510) 422-4700 <br> Facsimile: (855) 969-2050 <br> Email: NHerrera@HerreraKennedy.com <br> LSeidl@HerreraKennedy.com <br><br> Shawn Kennedy (SBN 218472) <br> Bret D. Hembd (SBN 272826) <br> **HERRERA KENNEDY LLP** <br> 4590 MacArthur Boulevard, Suite 500 <br> Newport Beach, California 92660 <br> Telephone: (949) 791-9700 <br> Email: SKennedy@HerreraKennedy.com <br> BHembd@HerreraKennedy.com | Tejinder Singh (*Pro Hac Vice*) <br> **GOLDSTEIN & RUSSELL, P.C.** <br> 7475 Wisconsin Avenue, Suite 850 <br> Bethesda, Maryland 20814 <br> Telephone: (202) 362-0636 <br> Email: TSingh@GoldsteinRussell.com <br><br> Warren T. Burns (*Pro Hac Vice*) <br> Christopher J. Cormier (*Pro Hac Vice*) <br> Mallory Biblo (*Pro Hac Vice*) <br> **BURNS CHAREST LLP** <br> 900 Jackson Street, Suite 500 <br> Dallas, Texas 75202 <br> Telephone: (469) 904-4550 <br> Email: WBurns@BurnsCharest.com <br> CCormier@BurnsCharest.com <br> MBiblo@BurnsCharest.com |

*Attorneys for Plaintiff-Relator Zachary Silbersher*
[Additional Counsel on the Signature Page]

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA, <br><br> *ex rel.* ZACHARY SILBERSHER, <br><br> Plaintiffs, <br><br> v. <br><br> ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC., <br><br> Defendants. | Case No.: 3:18-cv-03018-JCS <br><br> **NOTICE OF WITHDRAWAL OF COUNSEL** <br><br> Chief Magistrate Judge Joseph C. Spero <br><br> Action Filed: April 25, 2018 |

NOTICE OF WITHDRAWAL OF COUNSEL                                CASE NO. 3:18-CV-03018-JCS

TO THE CLERK OF THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Russell Herman is no longer an attorney at Burns Charest LLP and is withdrawn as counsel of record for the Plaintiff-Relator. Burns Charest LLP continues to represent Plaintiff-Relator. All future papers should continue to be directed to the undersigned counsel.

Dated: May 12, 2021

**BURNS CHAREST LLP**

*/s/ Christopher J. Cormier*
Christopher J. Cormier

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@herrerakennedy.com
       LSeidl@herrerakennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@herrerakennedy.com
       BHembd@herreraknnedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       MBiblo@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

C. Jacob Gower (*Pro Hac Vice*)
**BURNS CHAREST LLP**
365 Canal Street, Suite 1170
New Orleans, Louisiana 70130
Telephone: (504) 799-2845
Email: JGower@BurnsCharest.com

## **CERTIFICATE OF SERVICE**

On May 12, 2021, I electronically submitted the foregoing document with the clerk of the court for the U.S. District Court for the Northern District of California, using the electronic case filing system. I hereby certify that I have provided copies to all counsel of record electronically or by another matter authorized by Fed. R. Civ. P. 5(b)(2).

DATED: May 12, 2021

*/s/ Christopher J. Cormier*
Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Avenue, NW, Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com