1 | Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
2 | **HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
3 | Oakland, California 94612
Telephone: (510) 422-4700
4 | Facsimile: (855) 969-2050
Email: NHerrera@HerreraKennedy.com
5 |         LSeidl@HerreraKennedy.com

6 | Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
7 | **HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
8 | Newport Beach, California 92660
Telephone: (949) 791-9700
9 | Email: SKennedy@HerreraKennedy.com
         BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
         CCormier@BurnsCharest.com
         MBiblo@BurnsCharest.com

10

11 | *Attorneys for Plaintiff-Relator Zachary Silbersher*

12 | **UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
13 | **SAN FRANCISCO DIVISION**

14 | UNITED STATES OF AMERICA; STATES OF
CALIFORNIA, COLORADO, CONNECTICUT,
15 | DELAWARE, FLORIDA, GEORGIA, HAWAII,
ILLINOIS, INDIANA, IOWA, LOUISIANA,
16 | MICHIGAN, MINNESOTA, MONTANA,
NEVADA, NEW JERSEY, NEW MEXICO, NEW
17 | YORK, NORTH CAROLINA, OKLAHOMA,
RHODE ISLAND, TENNESSEE, TEXAS,
18 | VERMONT, AND WASHINGTON; THE
COMMONWEALTHS OF MASSACHUSETTS
19 | AND VIRGINIA; AND THE DISTRICT OF
COLUMBIA,
20 |
*ex rel.* ZACHARY SILBERSHER,
21 |
              Plaintiffs,
22 |
        v.
23 |
ALLERGAN, INC., ALLERGAN USA, INC.,
24 | ALLERGAN SALES, LLC, FOREST
LABORATORIES HOLDINGS, LTD., ADAMAS
25 | PHARMA, AND ADAMAS
PHARMACEUTICALS, INC.,
26 |
              Defendants.
27 |

Case No.: 3:18-cv-03018-JCS

**JOINT CASE MANAGEMENT
STATEMENT**

Chief Magistrate Judge Joseph C. Spero

Case Management Conference Date:
October 1, 2021

Time: 12:00 P.M.

Place: Courtroom G, 15th Floor
        Phillip Burton Federal Building
        450 Golden Gate Avenue
        San Francisco, CA 94102

Action Filed: April 25, 2018

28

1       Pursuant to the Court's June 3 and September 22, 2021 Orders, Dkts. 156 & 157, Plaintiff-

2   Relator Zachary Silbersher ("Relator"), on behalf of the United States of America and the Plaintiff

3   States; and Defendants Allergan, Inc., Allergan USA, Inc., and Allergan Sales, LLC, and Forest

4   Laboratories Holdings, Ltd. (collectively, "Allergan"); and Adamas Pharma, LLC and Adamas

5   Pharmaceuticals, Inc. (together, "Adamas") ("Allergan" and "Adamas" together, "Defendants")

6   (Defendants with Relator, the "Parties"), jointly file this Case Management Statement.[1]

7       The Parties refer the Court to the Joint Case Management Statement filed on January 8, 2021

8   (Dkt. 144) and May 28, 2021 (Dkt. 155), and provide the following case updates pursuant to the

9   Court's Orders dated June 3 and September 22, 2021 (Dkts. 156 & 157).

10  **1.      Case Status Update:**

11      On January 28, 2021, this Court certified its December 11, 2020 Order for immediate appeal.

12  *See* Dkt. 147 at 6.  On February 8, 2021, Defendants petitioned the United States Court of Appeals for

13  the Ninth Circuit appealing the Court's decision, and on March 9, 2021, the Ninth Circuit Court of

14  Appeals accepted Defendants' petition.  March 9, 2021 Order, *Silbersher v. Allergan*, No. 21-15420

15  (9th Cir.) (Dkt. 149).

16      On June 11, 2021, Appellants filed their Opening Brief (No. 21-15420, Dkts. 13 & 15.)  On

17  August 27, 2021, Appellee Silbersher filed its Response Brief.  (No. 21-15420, Dkt. 31.)  Appellants'

18  Reply Brief is due October 20, 2021.  (No. 21-15420, Dkt. 43.)

19      This case is currently stayed pending the Ninth Circuit's resolution of Defendants' appeal.  *See*

20  Dkt. 147 at 6.  The Parties agree to provide the Court with an updated proposed schedule following a

21  decision by the Ninth Circuit of Defendants' appeal.

22

23

24

25

26

27

---

28
[1] Allergan plc was originally named as a defendant but was dismissed pursuant to the stipulation of the Parties and Court order. *See* Dkt. 93.

- 1 -

Dated: September 24, 2021

**HERRERA KENNEDY LLP**

By:    */s/ Nicomedes Sy Herrera*
         Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
          LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
          BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
          MBiblo@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

- 2 -

1

Dated: September 24, 2021

**KIRKLAND & ELLIS**

2

3

By:   /s/ *M. Sean Royall*
         M. Sean Royall

4

M. Sean Royall (*pro hac vice*)
Olivia Adendorff (*pro hac vice*)
**KIRKLAND & ELLIS LLP**
1601 Elm Street
Dallas, TX 75201-6912
Telephone:  214.972.1770
Facsimile:   214.571.2900
Email: sean.royall@kirkland.com
           olivia.adendorff@kirkland.com

5

6

7

8

**GIBSON, DUNN & CRUTCHER LLP**

9

10

By:   /s/ *John D.W. Partridge*
         John D.W. Partridge

11

John D. W. Partridge (State Bar No. 255570)
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St.
Suite 4200
Denver, CO 80202-2642
Telephone:  303.298.5700
Facsimile:   303.298.5907
Email: jpartridge@gibsondunn.com

12

13

14

15

16

Emma M. Strong (State Bar No. 313496)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5338
Facsimile:   650.849.5038
Email: estrong@gibsondunn.com

17

18

19

20

*Attorneys for Allergan Defendants*

21

22

23

24

25

26

27

28

JOINT CASE MANAGEMENT STATEMENT                    CASE NO. 3:18-CV-03018-JCS

**DLA PIPER LLP (US)**


By:   */s/ Andrew J. Hoffman II*
        Andrew J. Hoffman II

Andrew J. Hoffman II (Bar No. 259507)
andrew.hoffman@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300

Matthew Holian (Bar No. 211728)
matt.holian@dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel:   617.406.6000
Fax:   617.406.6100

Lisa Tenorio-Kutzkey (Bar No. 205955)
ltk@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

*Attorneys for Adamas Defendants*

- 4 -

1

## ATTESTATION OF FILER

2      I, Nicomedes Sy Herrera, attest that I have obtained the concurrence of Defendants' counsel

3  as to the substance of this **JOINT CASE MANAGEMENT STATEMENT**. Messrs. Royall,

4  Partridge, and Hoffman have authorized the use of their electronic signatures on this document.

5

6  Dated: September 24, 2021                          By: */s/ Nicomedes Sy Herrera*
                                                        Nicomedes Sy Herrera

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- 5 -