1  Lisa Tenorio-Kutzkey (Bar No. 205955)
   ltk@dlapiper.com
2  DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
3  San Francisco, CA 94105-2933
   Tel:   415.836.2500
4  Fax:   415.836.2501

5  Andrew J. Hoffman II (Bar No. 2595507)
   andrew.hoffman@dlapiper.com
6  DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
7  Los Angeles, California 90067-4704
   Tel:   310.595.3000
8  Fax:   310.595.3300

9  Matthew Holian (Bar NO. 211728)
   matt.holian@dlapiper.com
10 DLA PIPER LLP (US
   Tel:   617.406.6000
11 Fax:   617.406.6100

12 *Attorneys for Defendants Adamas Pharma, LLC and Adamas Pharmaceuticals, Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNETICUT, DELAWARE, FLORIDA GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MARYLAND, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,** *ex rel.* **ZACHARY SILBERSHER,**<br><br>Plaintiff,<br><br>v. | Case No.  3:18-cv-3018-JCS<br><br>**ADAMAS PHARMA, LLC AND ADAMAS PHARMACEUTICALS, INC.'S SUPPLEMENTAL CORPORATE DISCLOSURE STATEMENT** |

| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | ALLERGAN PLC, ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, LLC, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>**Defendants.** |

Pursuant to Federal Rule of Civil Procedure 7.1, Adamas Pharma LLC and Adamas Pharmaceuticals, Inc. state as follows:

Adamas Pharma, LLC is a wholly owned subsidiary of Adamas Pharmaceuticals, Inc. As of November 24, 2021, Adamas Pharmaceuticals, Inc. is a wholly owned subsidiary of Supernus Pharmaceuticals, Inc., a publicly held corporation that does not have a parent corporation. BlackRock Institutional Trust Company and The Vanguard Group, Inc. each own 10% or more of Supernus Pharmaceuticals, Inc.'s stock.

Dated:   December 23, 2021               **DLA PIPER LLP (US)**

By */s/ Andrew J. Hoffman II*
   Andrew J. Hoffman II (Bar No. 259507)
   andrew.hoffman@dlapiper.com
   DLA PIPER LLP (US)
   2000 Avenue of the Stars, Suite 400 North Tower
   Los Angeles, CA  90067-4704
   Tel:       310.595.3000
   Fax:      310.595.3300

   Lisa Tenorio-Kutzkey (Bar No. 205955)
   ltk@dlapiper.com
   DLA PIPER LLP (US)
   555 Mission Street, Suite 2400
   San Francisco, CA 94105-2933
   Tel:       415.836.2500
   Fax:      415.836.2501

   Matthew Holian (Bar No. 211728)
   matt.holian@dlapiper.com
   DLA PIPER LLP (US)
   33 Arch Street, 26th Floor
   Boston, MA 02110-1447
   Tel:       617.406.6000
   Fax:      617.406.6100

   *Attorneys for Defendants Adamas Pharma, LLC and Adamas Pharmaceuticals, Inc.*