| | |
|---|---|
| Oliva Adendorff (*admitted pro hac vice*)<br>**KIRKLAND & ELLIS, LLP**<br>1601 Elm Street<br>Dallas, TX  75201<br>Telephone:  214.972.1770<br>Facsimile:  214.972.1771<br>Email: olivia.adendorff@kirkland.com<br><br>*Attorneys for Allergan Defendants* | John D. W. Partridge (State Bar No. 255570)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1801 California St.<br>Suite 4200<br>Denver, CO  80202-2642<br>Telephone:  303.298.5700<br>Facsimile:   303.298.5907<br>Email:  jpartridge@gibsondunn.com<br><br>Emma M. Strong (State Bar No. 313496)<br>**GIBSON, DUNN & CRUTCHER LLP**<br>1881 Page Mill Road<br>Palo Alto, CA  94304-1211<br>Telephone:  650.849.5338<br>Facsimile:   650.849.5038<br>Email: estrong@gibsondunn.com |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>                        Plaintiffs,<br><br>            v.<br><br>ALLERGAN PLC, ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>                        Defendants. | Case No.: 3:18-cv-03018-JCS<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Courtroom G, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br> Action Filed: April 25, 2018 |

PLEASE TAKE NOTICE THAT M. Sean Royall hereby withdraws as attorney of record for Defendants Allergan PLC, Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC and Forest Laboratories Holdings, Ltd., (collectively, "Defendants" or "Allergan") in this case. The clerk is requested to withdraw or remove Mr. Royall as attorney of record for Allergan.

The remaining counsel of record continue to be attorneys for Allergan in this matter.

Dated: February 17, 2022         Respectfully submitted,

By:   */s/ Olivia Adendorff*
Olivia Adendorff (*admitted pro hac vice*)
**KIRKLAND & ELLIS LLP**
1601 Elm Street
Dallas, TX  75201
Telephone:   214.972.1770
Facsimile:   214.972.1771
Email: olivia.adendorff@kirkland.com

John D. W. Partridge (State Bar No. 255570)
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St.
Suite 4200
Denver, CO  80202-2642
Telephone:   303.298.5700
Facsimile:   303.298.5907
Email: jpartridge@gibsondunn.com

Emma M. Strong (State Bar No. 313496)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA  94304-1211
Telephone:   650.849.5338
Facsimile:   650.849.5038
Email: estrong@gibsondunn.com

*Attorneys for Allergan Defendants*