Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050
Email: NHerrera@HerreraKennedy.com
   LSeidl@HerreraKennedy.com

Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (949) 791-9700
Email: SKennedy@HerreraKennedy.com
   BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
   CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 3:18-cv-03018-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Case Management Conference Date: April 22, 2022<br><br>Time: 2:00 P.M.<br><br>Place: Courtroom G, 15th Floor<br>    Phillip Burton Federal Building<br>    450 Golden Gate Avenue<br>    San Francisco, CA 94102<br><br>Action Filed: April 25, 2018 |

Pursuant to the Court's January 13, 2022 Order, Dkt. 162, Plaintiff-Relator Zachary Silbersher ("Relator"), on behalf of the United States of America and the Plaintiff States; and Defendants Allergan, Inc., Allergan USA, Inc., and Allergan Sales, LLC, and Forest Laboratories Holdings, Ltd. (collectively, "Allergan"); and Adamas Pharma, LLC and Adamas Pharmaceuticals, Inc. (together, "Adamas") ("Allergan" and "Adamas" together, "Defendants") (Defendants with Relator, the "Parties"), jointly file this Case Management Statement.[1]

The Parties refer the Court to the Joint Case Management Statement filed on January 8, 2021 (Dkt. 144), May 28, 2021 (Dkt. 155), September 24, 2021 (Dkt. 158), and January 12, 2022 (Dkt. 161) and provide the following case updates pursuant to the Court's Order dated January 13, 2022 Order (Dkt. 162).

**1.     Case Status Update:**

On January 28, 2021, this Court certified its December 11, 2020 Order for immediate appeal. *See* Dkt. 147 at 6. On February 8, 2021, Defendants petitioned the United States Court of Appeals for the Ninth Circuit appealing the Court's decision, and on March 9, 2021, the Ninth Circuit Court of Appeals accepted Defendants' petition. March 9, 2021 Order, *Silbersher v. Allergan*, No. 21-15420 (9th Cir.) (Dkt. 149).

On June 11, 2021, Appellants filed their Opening Brief (No. 21-15420, Dkts. 13 & 15). On August 27, 2021, Appellee Silbersher filed its Response Brief. (No. 21-15420, Dkt. 31.) Appellants' filed their Reply Brief on October 20, 2021. (No. 21-15420, Dkt. 52.) Oral argument took place on January 10, 2022. (No. 21-15420, Dkt. 64.)

This case is currently stayed pending the Ninth Circuit's resolution of Defendants' appeal. *See* Dkt. 147 at 6. The Parties agree to provide the Court with an updated proposed schedule, if necessary, following a decision by the Ninth Circuit of Defendants' appeal.

---

[1] Allergan plc was originally named as a defendant but was dismissed pursuant to the stipulation of the Parties and Court order. *See* Dkt. 93.

Dated: April 15, 2022      **HERRERA KENNEDY LLP**

By:    */s/ Nicomedes Sy Herrera*
        Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
        LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
        BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**GOLDSTEIN & RUSSELL, P.C.**
7475 Wisconsin Avenue, Suite 850
Bethesda, Maryland 20814
Telephone: (202) 362-0636
Email: TSingh@GoldsteinRussell.com

Warren T. Burns (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

Dated: April 15, 2022

**KIRKLAND & ELLIS**

By: /s/ *Olivia Adendorff*
    Olivia Adendorff

Olivia Adendorff (*pro hac vice*)
**KIRKLAND & ELLIS**
1601 Elm Street
Dallas, TX 75201-6912
Telephone:  214.972.1770
Facsimile:   214.571.2900
Email: Olivia.adendorff@kirkland.com

**GIBSON, DUNN & CRUTCHER LLP**

By: /s/ John Partridge
    John D.W. Partridge

John D. W. Partridge (State Bar No. 255570)
**GIBSON, DUNN & CRUTCHER LLP**
1801 California St.
Suite 4200
Denver, CO 80202-2642
Telephone:  303.298.5700
Facsimile:   303.298.5907
Email: jpartridge@gibsondunn.com

Emma M. Strong (State Bar No. 313496)
**GIBSON, DUNN & CRUTCHER LLP**
1881 Page Mill Road
Palo Alto, CA 94304-1211
Telephone:  650.849.5338
Facsimile:   650.849.5038
Email: estrong@gibsondunn.com

*Attorneys for Allergan Defendants*

**DLA PIPER LLP (US)**

By: /s/ *Andrew J. Hoffman*
    Andrew J. Hoffman II

Andrew J. Hoffman II (Bar No. 259507)
andrew.hoffman@dlapiper.com
**DLA PIPER LLP (US)**
2000 Avenue of the Stars, Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300

| | |
|---|---|
| 1 | Matthew Holian (Bar No. 211728) |
| 2 | matt.holian@dlapiper.com |
|   | **DLA PIPER LLP (US)** |
| 3 | 33 Arch Street, 26th Floor |
|   | Boston, MA 02110-1447 |
| 4 | Tel:   617.406.6000 |
|   | Fax:  617.406.6100 |

Matthew Holian (Bar No. 211728)
matt.holian@dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel:   617.406.6000
Fax:  617.406.6100

Lisa Tenorio-Kutzkey (Bar No. 205955)
ltk@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:  415.836.2501

*Attorneys for Adamas Defendants*

- 4 -

JOINT CASE MANAGEMENT STATEMENT           CASE NO. 3:18-CV-03018-JCS

**ATTESTATION OF FILER**

I, Nicomedes Sy Herrera, attest that I have obtained the concurrence of Defendants' counsel as to the substance of this **JOINT CASE MANAGEMENT STATEMENT**. Ms. Adendorff and Messrs. Partridge and Hoffman have authorized the use of their electronic signatures on this document.

Dated: April 15, 2022            By: */s/ Nicomedes Sy Herrera*
                                      Nicomedes Sy Herrera