| | |
|---|---|
| Olivia Adendorff (admitted pro hac vice)<br>Email:  olivia.adendorff@kirkland.com<br>Tasha Gerasimow (admitted pro hac vice)<br>Tasha.gerasimow@kirkland.com<br>KIRKLAND & ELLIS, LLP<br>1601 Elm Street<br>Dallas, TX 75201<br>Telephone:   214.972.1770<br>Facsimile:    214.972.1771 | John D. W. Partridge (State Bar No. 255570)<br>Email: jpartridge@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>1801 California St., Suite 4200<br>Denver, CO 80202-2642<br>Telephone:    303.298.5700<br>Facsimile:    303.298.5907 |
| | Viola Li (State Bar No. 327783)<br>Email: vhli@gibsondunn.com<br>GIBSON, DUNN & CRUTCHER LLP<br>555 Mission Street, Suite 3000<br>San Francisco, CA 94105<br>Telephone:    415.393.8200<br>Facsimile:    415.393.8306 |

*Attorneys for Allergan Defendants*

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN PLC, ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>Defendants. | CASE NO. 3:18-cv-3018-JCS<br><br>**NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Courtroom G, 15th Floor<br>Phillip Burton Federal Building<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Action Filed: May 22, 2018 |

**TO THE COURT AND ALL PARTIES AND COUNSEL OF RECORD:**

PLEASE TAKE NOTICE that the following attorney appears on behalf of the Allergan Defendants in this action, and is authorized to receive service of all pleadings, notices, orders and other papers regarding this action on their behalf:

> Viola Li (State Bar No. 327783)
> GIBSON, DUNN & CRUTCHER LLP
> 555 Mission Street, Suite 3000
> San Francisco, CA  94105
> Telephone:     415.393.8200
> Facsimile:     415.393.8306
> Email: vhli@gibsondunn.com

Viola Li is admitted to practice and in good standing in the Northern District of California.

Dated: September 6, 2022

By: */s/ Viola Li*
Viola Li (State Bar No. 327783)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA  94105
Telephone:     415.393.8200
Facsimile:     415.393.8306
Email: vhli@gibsondunn.com

*Attorneys for Allergan Defendants*