Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050
Email: NHerrera@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (949) 791-9700
Email: SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**SPARACINO PLLC**
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 629-3530
Email:   TSingh@Sparacinopllc.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       CCormier@BurnsCharest.com
       MBiblo@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 3:18-cv-03018-JCS<br><br>**JOINT CASE MANAGEMENT STATEMENT**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Case Management Conference Date: September 16, 2022<br><br>Time: 2:00 P.M.<br><br>Place: Courtroom G, 15th Floor<br>         Phillip Burton Federal Building<br>         450 Golden Gate Avenue<br>         San Francisco, CA 94102<br><br>Action Filed: April 25, 2018 |

Pursuant to the Court's July 8, 2022 Order, Dkt. 168, Plaintiff-Relator Zachary Silbersher ("Relator"), on behalf of the United States of America and the Plaintiff States; and Defendants Allergan, Inc., Allergan USA, Inc., and Allergan Sales, LLC, and Forest Laboratories Holdings, Ltd. (collectively, "Allergan"); and Adamas Pharma, LLC and Adamas Pharmaceuticals, Inc. (together, "Adamas") ("Allergan" and "Adamas" together, "Defendants") (Defendants with Relator, the "Parties"), jointly file this Case Management Statement.[1]

The Parties refer the Court to the Joint Case Management Statement filed on January 8, 2021 (Dkt. 144), May 28, 2021 (Dkt. 155), September 24, 2021 (Dkt. 158), January 12, 2022 (Dkt. 161), and April 15, 2022 (Dkt. 166) and provide the following case updates pursuant to the Court's Order dated July 8, 2022 (Dkt. 168).

**1.    Case Status Update:**

On January 28, 2021, this Court certified its December 11, 2020 Order for immediate appeal, and stayed the case "pending the Ninth Circuit's resolution of Defendants' petition to permit an appeal and any appeal that the Ninth Circuit agrees to consider." *See* Dkt. 147 at 6.  On February 8, 2021, Defendants petitioned the United States Court of Appeals for the Ninth Circuit appealing the Court's decision, and on March 9, 2021, the Ninth Circuit Court of Appeals accepted Defendants' petition. March 9, 2021 Order, *Silbersher v. Allergan*, No. 21-15420 (9th Cir.) (Dkt. 149).

On August 25, 2022, the Ninth Circuit filed an opinion reversing and remanding this Court's December 11, 2020 Order. (Dkt. 169) Relator intends to file a petition for rehearing and for rehearing *en banc*, which is due on October 11, 2022. (No. 21-15420, Dkt. Text dated Sept. 2, 2022) Accordingly, no mandate has yet issued, and the case remains stayed.

The Parties agree to provide the Court with an updated proposed schedule, if necessary, following the decision of the Ninth Circuit on Relator's anticipated petition for rehearing.

---

[1] Allergan plc was originally named as a defendant but was dismissed pursuant to the stipulation of the Parties and Court order. *See* Dkt. 93.

Dated: September 8, 2022

**HERRERA KENNEDY LLP**

By: */s/ Nicomedes Sy Herrera*
     Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**SPARACINO PLLC**
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 629-3530
Email: TSingh@Sparacinopllc.com

Warren T. Burns (*Pro Hac Vice*)
Mallory Biblo (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       MBiblo@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
4725 Wisconsin Ave NW, Suite 200
Washington, D.C. 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

| | |
|---|---|
| Dated: September 8, 2022 | **KIRKLAND & ELLIS** |
| | By: /s/ *Olivia Adendorff* |
| |       Olivia Adendorff |
| | Olivia Adendorff (*pro hac vice*) |
| | **KIRKLAND & ELLIS** |
| | 1601 Elm Street |
| | Dallas, TX 75201-6912 |
| | Telephone: 214.972.1770 |
| | Facsimile: 214.571.2900 |
| | Email: Olivia.adendorff@kirkland.com |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | By: /s/ *John D. W. Partridge* |
| |       John D.W. Partridge |
| | John D. W. Partridge (State Bar No. 255570) |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 1801 California St. |
| | Suite 4200 |
| | Denver, CO 80202-2642 |
| | Telephone: 303.298.5700 |
| | Facsimile: 303.298.5907 |
| | Email: jpartridge@gibsondunn.com |
| | Viola Li (State Bar No. 327783) |
| | **GIBSON, DUNN & CRUTCHER LLP** |
| | 555 Mission Street, Suite 3000 |
| | San Francisco, CA 94105 |
| | Telephone: 415.393.8200 |
| | Facsimile: 415.393.8306 |
| | Email: vhli@gibsondunn.com |
| | *Attorneys for Allergan Defendants* |
| | **DLA PIPER LLP (US)** |
| | By: /s/ *Andrew J. Hoffman* |
| |       Andrew J. Hoffman II |
| | Andrew J. Hoffman II (Bar No. 259507) |
| | andrew.hoffman@dlapiper.com |
| | **DLA PIPER LLP (US)** |
| | 2000 Avenue of the Stars, Suite 400 North Tower |
| | Los Angeles, CA 90067-4704 |
| | Tel: 310.595.3000 |
| | Fax: 310.595.3300 |

Matthew Holian (Bar No. 211728)
matt.holian@dlapiper.com
**DLA PIPER LLP (US)**
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel:   617.406.6000
Fax:   617.406.6100

Lisa Tenorio-Kutzkey (Bar No. 205955)
ltk@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel:   415.836.2500
Fax:   415.836.2501

*Attorneys for Adamas Defendants*

# ATTESTATION OF FILER

I, Nicomedes Sy Herrera, attest that I have obtained the concurrence of Defendants' counsel as to the substance of this **JOINT CASE MANAGEMENT STATEMENT**. Ms. Adendorff and Messrs. Partridge and Hoffman have authorized the use of their electronic signatures on this document.

Dated: September 8, 2022         By: */s/ Nicomedes Sy Herrera*
                                      Nicomedes Sy Herrera