|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 3 2022<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |
| UNITED STATES OF AMERICA; et al.,<br><br>    Plaintiffs-Appellees,<br><br>v.<br><br>ALLERGAN, INC.; et al.,<br><br>    Defendants-Appellants. | No. 21-15420<br><br>D.C. No. 3:18-cv-03018-JCS<br>Northern District of California,<br>San Francisco<br><br>ORDER |

Before: GOULD, BENNETT, and R. NELSON, Circuit Judges.

    Appellee's Petition for Rehearing is DENIED.

    The full court has been advised of the Petition for Rehearing En Banc and no judge of the court has requested a vote on the Petition for Rehearing En Banc.

Fed. R. App. P. 35. Appellee's Petition for Rehearing En Banc is also DENIED.