Case: 21-15420, 11/14/2022, ID: 12587622, DktEntry: 72, Page 1 of 1

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

NOV 14 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA; et al., <br><br> Plaintiffs - Appellees, <br><br> v. <br><br> ALLERGAN, INC.; et al., <br><br> Defendants - Appellants. | No. 21-15420 <br><br> D.C. No. 3:18-cv-03018-JCS <br> U.S. District Court for Northern California, San Francisco <br><br> **MANDATE** |

The judgment of this Court, entered August 25, 2022, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Howard Hom
Deputy Clerk
Ninth Circuit Rule 27-7