# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# ZOOM CIVIL MINUTE ORDER

| Case No.: 18-cv-03018-JCS | Case Name: Silbersher v. Allergan plc | |
|---|---|---|
| Chief Magistrate Judge: JOSEPH C. SPERO | Date: March 17, 2023 | Time: 27 M (2:03-2:30) |

**Attorney for Plaintiff:** Nicomedes Herrera
**Attorney for Defendant:** Andrew Hoffman for Adamas Pharmaceuticals; John Partridge, Viola Li for Allergan

**Deputy Clerk:** Karen Hom            **Court Reporter:** Not Reported

## ZOOM WEBINAR PROCEEDINGS

1. Further Case Mgmt Conference - Held

## ORDERED AFTER HEARING