UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZACHARY SILBERSHER, et al.,<br>　　　　Plaintiffs.<br>　　v.<br>ALLERGAN INC., et al.,<br>　　　　Defendants. | Case No. 18-cv-03018-JCS<br><br>**JUDGMENT IN A CIVIL CASE**<br>Re: Dkt. No. 197 |

**( ) Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**(X) Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS SO ORDERED AND ADJUDGED** that judgment is entered in favor of the Defendants that all of the Relator's federal claims are dismissed with prejudice and that his state law claims are dismissed without prejudice.

Dated: March 20, 2023

　　　　　　　　　　　　　　　　　　　　Mark B. Busby, Clerk

　　　　　　　　　　　　　　　　　　　　By: *Karen L. Hom*
　　　　　　　　　　　　　　　　　　　　　　Karen L. Hom
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk