Nicomedes Sy Herrera (SBN 275332)
Laura E. Seidl (SBN 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Facsimile: (855) 969-2050
Email: NHerrera@HerreraKennedy.com
       LSeidl@HerreraKennedy.com

Shawn Kennedy (SBN 218472)
Bret D. Hembd (SBN 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Telephone: (949) 791-9700
Email: SKennedy@HerreraKennedy.com
       BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**SPARACINO PLLC**
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 629-3530
Email:   TSingh@Sparacinopllc.com

Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com
       CCormier@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA; STATES OF CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VERMONT, AND WASHINGTON; THE COMMONWEALTHS OF MASSACHUSETTS AND VIRGINIA; AND THE DISTRICT OF COLUMBIA,<br><br>*ex rel.* ZACHARY SILBERSHER,<br><br>Plaintiffs,<br><br>v.<br><br>ALLERGAN, INC., ALLERGAN USA, INC., ALLERGAN SALES, LLC, FOREST LABORATORIES HOLDINGS, LTD., ADAMAS PHARMA, AND ADAMAS PHARMACEUTICALS, INC.,<br><br>Defendants. | Case No.: 3:18-cv-03018-JCS<br><br>**NOTICE OF APPEAL AND REPRESENTATION STATEMENT**<br><br>Chief Magistrate Judge Joseph C. Spero<br><br>Phillip Burton Federal Building<br>Courtroom F, 15th Floor<br>450 Golden Gate Avenue<br>San Francisco, CA 94102<br><br>Action Filed: April 25, 2018 |

Plaintiff-Relator Zachary Silbersher ("Relator"), on behalf of the United States of America and the Plaintiff States, hereby appeals to the United States Court of Appeals for the Ninth Circuit from the Order Granting Motions to Dismiss filed March 13, 2023 (ECF No. 194), the Amended Order Granting Motions to Dismiss filed March 20, 2023 (ECF No. 197), and the Judgment filed March 20, 2023 (ECF No. 198).

Dated: April 19, 2023

**HERRERA KENNEDY LLP**

By: */s/ Nicomedes Sy Herrera*
    Nicomedes Sy Herrera

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
**HERRERA KENNEDY LLP**
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
      LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
**HERRERA KENNEDY LLP**
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
      BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
**SPARACINO PLLC**
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 629-3530
Email: TSingh@Sparacinopllc.com
  1.
Warren T. Burns (*Pro Hac Vice*)
Christopher J. Cormier (*Pro Hac Vice*)
**BURNS CHAREST LLP**
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com

*Attorneys for Plaintiff-Relator Zachary Silbersher*

# REPRESENTATION STATEMENT

Pursuant to Rule 12(b) of the Federal Rules of Appellate Procedure and Circuit Rules 3-2 and 12-2, Plaintiff-Relator submits this Representation Statement. The following list identifies all parties to the action and their respective counsel by name, firm, address, telephone number, and email.

**Plaintiff/Relator-Appellant Zachary Silbersher**

Nicomedes Sy Herrera (State Bar No. 275332)
Laura E. Seidl (State Bar No. 269891)
HERRERA KENNEDY LLP
1300 Clay Street, Suite 600
Oakland, California 94612
Telephone: (510) 422-4700
Email: NHerrera@HerreraKennedy.com
         LSeidl@HerreraKennedy.com

Shawn Kennedy (State Bar No. 218472)
Bret D. Hembd (State Bar No. 272826)
HERRERA KENNEDY LLP
4590 MacArthur Boulevard, Suite 500
Newport Beach, California 92660
Email: SKennedy@HerreraKennedy.com
         BHembd@HerreraKennedy.com

Tejinder Singh (*Pro Hac Vice*)
SPARACINO PLLC
1920 L Street, NW, Suite 835
Washington, D.C. 20036
Telephone: (202) 629-3530
Email: TSingh@Sparacinopllc.com

Warren T. Burns (*Pro Hac Vice*)
BURNS CHAREST LLP
900 Jackson Street, Suite 500
Dallas, Texas 75202
Telephone: (469) 904-4550
Email: WBurns@BurnsCharest.com

Christopher J. Cormier (*Pro Hac Vice*)
BURNS CHAREST LLP
4725 Wisconsin Avenue NW
Suite 200
Washington, DC 20016
Telephone: (202) 577-3977
Email: CCormier@BurnsCharest.com

**Defendants-Appellants Allergan, Inc., Allergan USA, Inc., Allergan Sales, LLC, and Forest Laboratories Holdings, Ltd.**

Olivia Adendorff (*Pro Hac Vice*)
KIRKLAND & ELLIS
1601 Elm Street
Dallas, TX 75201-6912
Telephone:     214.972.1770
Facsimile:     214.571.2900
Email: Olivia.adendorff@kirkland.com

John D. W. Partridge (State Bar No. 255570)
GIBSON, DUNN & CRUTCHER LLP
1801 California St.
Suite 4200
Denver, CO 80202-2642
Telephone:     303.298.5700
Email: jpartridge@gibsondunn.com

Viola Li (State Bar No. 327783)
GIBSON, DUNN & CRUTCHER LLP
555 Mission Street, Suite 3000
San Francisco, CA 94105
Telephone:     415.393.8200
Facsimile:     415.393.8306
Email: vhli@gibsondunn.com

Tasha Gerasimow (*Pro Hac Vice*)
Kirkland & Ellis LLP
300 N LaSalle
Chicago, IL 60654
312-862-2384
Email: tasha.gerasimow@kirkland.com

David Ari Schnitzer
GIBSON DUNN CRUTCHER LLP
1050 Connecticut Ave NW
Ste 300
Washington, DC 20036-5303
(202) 887-3775
Email: dschnitzer@gibsondunn.com

Erin E. Murphy (*Pro Hac Vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
202-742-8900
Email: erin.murphy@clementmurphy.com

James Xi (*Pro Hac Vice*)
CLEMENT & MURPHY, PLLC
706 Duke Street
Alexandria, VA 22314
513-382-4453
Email: james.xi@clementmurphy.com

**Defendants-Appellants Adamas Pharma, LLC and Adamas Pharmaceuticals, Inc.**

Andrew J. Hoffman II (Bar No. 259507)
DLA PIPER LLP (US)
2000 Avenue of the Stars,
Suite 400 North Tower
Los Angeles, CA 90067-4704
Tel:   310.595.3000
Fax:   310.595.3300
Email: andrew.hoffman@dlapiper.com

Matthew Holian (Bar No. 211728)
DLA PIPER LLP (US)
33 Arch Street, 26th Floor
Boston, MA 02110-1447
Tel:   617.406.6000
Fax:   617.406.6100
Email: matt.holian@dlapiper.com

Lianna Bash (Bar. No. 304568)
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104
Tel:   206.839.4800
Email: lianna.bash@us.dlapiper.com

Lisa Tenorio-Kutzkey
DLA PIPER LLP (US)
555 Mission Street, Suite 2400
San Francisco, CA 94105
(415) 836-2525
Fax: (415) 836-2501
Email: ltk@dlapiper.com

Anthony Louis Portelli
DLA Piper LLP (US)
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067-4704
(310) 595-3000
Fax: (310) 595-3300
Email: anthony.portelli@dlapiper.com