FILED

APR 15 2025

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| ZACHARY SILBERSHER, Relator, <br><br> Plaintiff-Appellant, <br><br> v. <br><br> ALLERGAN, INC.; et al., <br><br> Defendants-Appellees. | No.  23-15613 <br><br> D.C. No. 3:18-cv-03018-JCS <br> Northern District of California, <br> San Francisco <br><br> ORDER |

Before: FRIEDLAND and BUMATAY, Circuit Judges, and KENNELLY,[*] District Judge.

The panel has unanimously voted to deny the petition for panel rehearing.

The petition for panel rehearing (Dkt. 64) is DENIED.

---

[*] The Honorable Matthew F. Kennelly, United States District Judge for the Northern District of Illinois, sitting by designation.